IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Civil No. 1:11CV00713 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| $5,000.00 in U.S. CURRENCY, | : | |
| Defendant. | : | |

**APPLICATION FOR WARRANT FOR ARREST**

NOW COMES Plaintiff, the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and applies to the Court for issuance of a Warrant for Arrest and Notice In Rem for the above-described property, and in support of its application, the United States will show:

1. As is shown by the Declaration of Paul B. Summerlin, Task Force Officer, Drug Enforcement Administration, filed in support of the Verified Complaint of Forfeiture and attached thereto as Exhibit A, there is probable cause to believe that the defendant property was furnished or intended to be furnished in exchange for a controlled substance in violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq., or represents proceeds traceable to such an exchange.

2. As shown by Exhibit A, there is also probable cause to believe that the aforesaid defendant property constitutes or is derived from proceeds traceable to an offense constituting specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7), or a conspiracy to commit such offense, specifically the exchange of a controlled substance in violation of

state and federal law.

3. The United States has filed a Verified Complaint of Forfeiture <u>In Rem</u> seeking forfeiture of the defendant property pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C).

4. The United States District Court has the authority to issue this Warrant for Arrest of the defendant property pursuant to Rule G of the Supplemental Rules for Certain Admiralty or Maritime and Asset Forfeiture Claims, and 21 U.S.C. § 881(b).

WHEREFORE, the United States of America prays that due process be issued to enforce the forfeiture and to give notice to the interested parties to appear and show cause why forfeiture should not be decreed.

This the 7th day of September, 2011.

    Respectfully submitted,

    RIPLEY RAND
    United States Attorney

    /s/ Lynne P. Klauer
    Lynne P. Klauer
    Assistant United States Attorney
    NCSB #13815
    P. O. Box 1858
    Greensboro, NC 27402
    (336) 333-5351
    Email: lynne.klauer@usdoj.gov